IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE, § | |
|     *Plaintiff,* § | |
| § | CIVIL ACTION NO. 4:25-cv-04341 |
| v. § | |
| § | |
| SAMEH CHAMI AND UBER § | |
| TECHNOLOGIES, INC., § | |
|     *Defendants*. § | |
| § | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Plaintiff Jane Doe, and respectfully moves this Court for leave to file an amended Complaint, and in support thereof would show as follows:

## I. INTRODUCTION

1. Plaintiff previously filed her Petition in state court, which was subsequently removed to this Court. Plaintiff now seeks leave to amend her pleadings to clarify her factual allegations and legal theories against Defendant Sameh Chami and Uber Technologies, Inc.

2. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court should grant this leave when justice so requires. This case is in its early stages, no scheduling order has been issued, and granting leave will not prejudice Defendants.

## II. BACKGROUND

3. This case arises out of a sexual assault that occurred on June 28, 2025, when Plaintiff Jane Doe ordered her Uber ride to take her home under Uber's "Safer Together" program. Defendant Sameh Chami, an Uber driver, picked Plaintiff up but instead transported her to an undisclosed location. There, Defendant Chami assaulted Plaintiff, causing severe physical harm, emotional trauma and mental anguish.

4. Plaintiff's family, concerned after she failed to arrive at home, tracked her via GPS to

1

a parking lot and discovered her in a distraught condition inside the vehicle.

5. At the time of the assault, Defendant Chami was unlawfully in the United States, having overstayed his tourist visa, and was not legally permitted to work for Uber. Despite this, Uber's deficient driver-screening and monitoring process allowed Chami to operate on its platform and facilitate a ride for Plaintiff, which ultimately led to her assault.

6. Accordingly, Plaintiff respectfully requests that this Court grant leave to file her amended complaint, attached hereto as "Exhibit A" so that she may fully set forth the facts and legal claims arising from Defendant's conduct. This amended Complaint is sought in good faith, is necessary to ensure all claims are properly presented to this Court and will not cause undue delay or prejudice to Defendants.

## II. ARGUMENT AND AUTHORITIES

7. Under 15(a)(2) of the Federal Rule of Civil Procedure, leave to amend "shall be freely given when justice so requires." The Supreme Court in *Foman v. Davis*, 371 U.S. 178, 182 (1962), emphasized that this standard reflects the liberal policy of allowing amendments unless there is a valid reason to deny them. Courts generally grant leave unless there are concerns with undue delay or justice, bad faith, dilatory motive, bad faith or futility of amendment.

8. Good cause exists to allow the amendment. Plaintiff's proposed amended complaint clarifies her allegations regarding Uber's duties, failures, and misconduct that directly led to her assault. Furthermore, her Complaint addresses new information confirmed by Uber in their Removal namely that Defendant Chami is a resident of Lebanon, not a resident of the United States. These facts, and Uber's confirmations of the same, are relevant to Plaintiff's claims.

9. The amendment is not prejudicial and necessary to ensure that the issues in this case

are fully and fairly presented. Defendants will have a full opportunity to answer and defend against the amended claims.

### III. CONCLUSION

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Jane Doe respectfully prays that the Court grant her Motion for Leave to Amend Complaint, and for such other and further relief of which Plaintiff is justly entitled.

Respectfully submitted,

**THE BUZBEE LAW FIRM**
By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
Fed. ID No. 22679
State Bar No. 24001820
tbuzbee@txattorneys.com
Caroline E. Adams
State Bar No. 24011198
Fed. ID No. 27655
cadams@txattorneys.com
Meredith Drukker Stratigopoulos
State Bar No. 24110416
Fed. ID No. 3465122
mdrukker@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendant on October 4, 2025, regarding the issues raised in Plaintiff's Motion for Leave. Counsel for Defendant indicated that Defendant is opposed to the relief sought in the motion.

*/s/ Caroline E. Adams*
Caroline E. Adams

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on October 6, 2025**,** by E-Service.

                                                   */s/ Caroline E. Adams*
                                                       Caroline E. Adams