# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:25-cv-04341 |
| | § | |
| SAMEH CHAMI AND UBER | § | |
| TECHNOLOGIES, INC., | § | |
| | § | |
| Defendants. | § | |

## UBER TECHNOLOGIES, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS

Uber Technologies, Inc. ("Uber") filed its Motion to Dismiss the Amended Complaint on September 19, 2025. ECF #4. Plaintiff originally sought leave to file a Second Amended Complaint but filed it as a matter of course pursuant to FRCP 15 on October 9, 2025. ECF # 5-7. As the Second Amended Complaint is the operative complaint, Uber's original Motion to Dismiss is moot and Uber intends to file a responsive pleading addressing the Second Amended Complaint.

Dated: October 10, 2025

Respectfully submitted,

**BOWMAN AND BROOKE LLP**
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Tel: (972) 616-1767
Fax: (972) 616-1701

/s/ Luke C. Spencer
**Luke C. Spencer** (attorney-in-charge)
SDTX Bar No. 3687666
Texas State Bar No. 24094960
**Adrienne N. Russell**
SDTX Bar No. 1152912
Texas State Bar No. 24064168

*Attorneys for Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on this the 10th day of October, 2025 in accordance with the Federal Rules of Civil Procedure.

                                      */s/ Luke C. Spencer*
                                      **Luke C. Spencer**