IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE<br><br>*Plaintiff,*<br><br>v.<br><br>SAMEH CHAMI AND UBER TECHNOLOGIES, INC.<br><br>*Defendants.* | § § § § § § § § § § § § § | CAUSE NO. 4:25-CV-04341 |

**PLAINTIFF JANE DOE'S RESPONSE TO
DEFENDANT UBER TECHNOLOGIES, INC.'S FRCP 12(b)(6) MOTION TO DISMISS**

COMES NOW Plaintiff, Jane Doe, and files this Objection and Response to Defendant Uber Technologies, Inc.'s ("Uber") FRCP 12(b)(6) Motion to Dismiss and respectfully shows the Court as follows:

1. Plaintiff has filed a Second Amended Complaint that supersedes her First Amended Petition, which Defendant Uber moved to dismiss.

2. Plaintiff's Second Amended Complaint renders Defendant's Motion moot.

3. Defendant has filed a response to their Motion to Dismiss agreeing that their Motion is moot.

4. For the foregoing reasons, Defendant Uber's Motion to Dismiss should be Denied.

*[Signatures on Next Page.]*

*Plaintiff's Response to Defendant Uber's Motion to Dismiss 1*

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
Fed. ID. No. 22679
tbuzbee@txattorneys.com
Caroline E. Adams
cadams@txattorneys.com
State Bar No. 24011198
Fed. ID. No. 27655
Meredith Drukker Stratigopoulos
mdrukker@txattorneys.com
Fed. ID. No. 3465122
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on October 10, 2025 by E-Service.

      */s/ Meredith Drukker Stratigopoulos*
      Meredith Drukker Stratigopoulos