**Glenda Hassan**

---

**From:** Caroline Adams <Cadams@txattorneys.com>
**Sent:** Thursday, January 15, 2026 3:28 PM
**To:** Glenda Hassan; Luke Spencer; Kayla Brown
**Subject:** CIVIL ACTION 4:25-CV-04341; Doe v. Uber (Notice of Settlement)

**CAUTION - EXTERNAL:**

Ms. Hassan, please be advised that this matter has been resolved, and the parties will be filing dismissal documents upon finalization of the settlement papers. The JMCP is due today and the parties will not be filing a JMCP and can be removed from the hearing docket on January 29, 2026. Please let me know if additional information is requested or if you prefer otherwise. Thank you, in advance and Happy New Year.

**Caroline E. Adams**
*Attorney*
**Buzbee Law Firm**
**JPMorgan Chase Tower**
**600 Travis Street**
**Number 7500**
**Houston, Texas 77002**
Telephone: 713.223.5393
Facsimile: 713.223.5909

Cadams@txattorneys.com
www.txattorneys.com



1